1  Michele R. Stafford, Esq. (SBN 172509)
   Muriel B. Kaplan, Esq. (SBN 124607)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  mkaplan@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Patricia Walsh, Esq. (SBN 121098)
   LEONIDOU & ROSIN PROFESSIONAL CORPORATION
8  777 Cuesta Drive, Suite 200
   Mountain View, California 94040
9  (650) 691-2888
   pwalsh@alr-law.com
10
   Attorneys for Defendants
11
                    UNITED STATES DISTRICT COURT
12
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS 15  WORKERS PENSION PLAN, et al. | Case No.:  C11-5116 SC |
| | **JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [~~PROPOSED~~] ORDER THEREON** |
| 15            Plaintiffs, | |
| 16       v. | Date:  Friday, August 23, 2013 |
| 17 | Time:  10:00 a.m. |
| HOSSEIN VAHEID, individually and *dba* 18  UNITED GLASS & ALUMINUM; *aka* T P WINDOWS, INC., a California corporation, | Ctrm:  1, 17th Floor 450 Golden Gate Avenue San Francisco, California |
| 19 | Judge: The Honorable Samuel Conti |
| 20            Defendants. | |

21

22        Plaintiffs and Defendants both respectfully   request    that    the    Case    Management

23  Conference scheduled for August 23, 2013, at 10:00 a.m., be continued for approximately ninety

24  (90) days, as follows:

25        1.      The Parties recognize that this Court has granted several continuances of the Case

26  Management  Conference.   The  Parties  have  attempted  to  work  together  over  the  past  several

27  months to resolve several outstanding discrepancies with regard to the results of an audit taken of

28  Defendants' payroll records.

2.      An ADR telephone conference was conducted and both parties agreed to participate in mediation within ninety (90) days.   The parties did not receive the expected referral to mediation, so prepared and submitted an ADR Stipulation, stipulating to mediation.   There was a delay in the parties' communication with the mediator.   Both parties are now in the process of preparing for the mediation and a pre-mediation phone conference is scheduled for August 20, 2013.

3.      Plaintiffs and Defendants herein respectfully request that the Case Management Conference, currently scheduled for August 23, 2013, be continued for ninety (90) days to allow the parties to participate in mediation.

4.      There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.   In the interest of conserving costs as well as the Court's time and resources, both parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: August 15, 2013                    **SALTZMAN & JOHNSON**
                                                          **LAW CORPORATION**

                                          By:   _____/S/_____
                                                          Michele Stafford
                                                          Attorneys for Plaintiffs

Dated: August 15, 2013                    **LEONIDOU & ROSIN**
                                                          **PROFESSIONAL CORPORATION**

                                          By:   _____/S/_____
                                                          Patricia Walsh
                                                          Attorneys for Defendants

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to _12/13/2013____, and all related deadlines are extended accordingly.

Date: ___08/19/2013_____          _____
                                                          THE HONORABLE SAMUEL CONTI
                                                          UNITED STATES DISTRICT COURT