| | |
|---|---|
| 1 | Michele R. Stafford, Esq. (SBN 172509) |
|   | Muriel B. Kaplan, Esq. (SBN 124607) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
|   | mstafford@sjlawcorp.com |
| 5 | mkaplan@sjlawcorp.com |

Attorneys for Plaintiffs

Patricia Walsh, Esq. (SBN 121098)
LEONIDOU & ROSIN PROFESSIONAL CORPORATION
777 Cuesta Drive, Suite 200
Mountain View, California 94040
(650) 691-2888
pwalsh@alr-law.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOSSEIN VAHEID, individually and *dba* UNITED GLASS & ALUMINUM; *aka* T P WINDOWS, INC., a California corporation,<br><br>Defendants. | Case No.: C11-5116 SC<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date: Friday, August 23, 2013<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor<br>         450 Golden Gate Avenue<br>         San Francisco, California<br>Judge: The Honorable Samuel Conti |

Plaintiffs and Defendants both respectfully request that the Case Management Conference scheduled for August 23, 2013, at 10:00 a.m., be continued for approximately ninety (90) days, as follows:

1.   The Parties recognize that this Court has granted several continuances of the Case Management Conference.  The Parties have attempted to work together over the past several months to resolve several outstanding discrepancies with regard to the results of an audit taken of Defendants' payroll records.

---

-1-
**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**
Case No.: C11-5116 SC
P:\CLIENTS\GLACL\United Glass & Aluminum\Pleadings\C11-5116 SC - Joint Request to Continue CMC 081413.docx

1        2.      An ADR telephone conference was conducted and both parties agreed to participate in mediation within ninety (90) days.  The parties did not receive the expected referral to mediation, so prepared and submitted an ADR Stipulation, stipulating to mediation.  There was a delay in the parties' communication with the mediator.  Both parties are now in the process of preparing for the mediation and a pre-mediation phone conference is scheduled for August 20, 2013.

         3.      Plaintiffs and Defendants herein respectfully request that the Case Management Conference, currently scheduled for August 23, 2013, be continued for ninety (90) days to allow the parties to participate in mediation.

         4.      There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, both parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: August 15, 2013                    **SALTZMAN & JOHNSON**
                                          **LAW CORPORATION**

                                          By:  _____/S/_____
                                               Michele Stafford
                                               Attorneys for Plaintiffs

Dated: August 15, 2013                    **LEONIDOU & ROSIN**
                                          **PROFESSIONAL CORPORATION**

                                          By:  _____/S/_____
                                               Patricia Walsh
                                               Attorneys for Defendants


IT IS SO ORDERED.

     Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __12/13/2013__, and all related deadlines are extended accordingly.

Date: __08/19/2013__                      _____
                                          THE HONORABLE SAMUEL CONTI
                                          UNITED STATES DISTRICT COURT