1  Michele R. Stafford, Esq. (SBN 172509)
   Muriel B. Kaplan, Esq. (SBN 124607)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  mkaplan@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Patricia Walsh, Esq. (SBN 121098)
   LEONIDOU & ROSIN PROFESSIONAL CORPORATION
8  777 Cuesta Drive, Suite 200
   Mountain View, California 94040
9  (650) 691-2888
   pwalsh@alr-law.com
10
   Attorneys for Defendants
11
                    UNITED STATES DISTRICT COURT
12
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
   NORTHERN CALIFORNIA GLAZIERS,          Case No.:  C11-5116 SC
14 ARCHITECTURAL METAL AND GLASS
   WORKERS PENSION PLAN, et al.           **JOINT REQUEST FOR CONTINUANCE
15                                        OF CASE MANAGEMENT
                   Plaintiffs,            CONFERENCE; and [~~PROPOSED~~]
16                                        ORDER THEREON**
            v.
17                                        Date:   Friday, December 13, 2013
   HOSSEIN VAHEID, individually and *dba* Time:   10:00 a.m.
18 UNITED GLASS & ALUMINUM; *aka* T P     Ctrm:   1, 17th Floor
   WINDOWS, INC., a California corporation,        450 Golden Gate Avenue
19                                                 San Francisco, California
                   Defendants.           Judge:  The Honorable Samuel Conti
20

21

22        Plaintiffs and Defendants both respectfully   request   that   the   Case   Management

23 Conference scheduled for December 13, 2013, at 10:00 a.m., be continued for approximately

24 forty-five (45) to sixty (60) days, as follows:

25        1.      The Parties recognize that this Court has granted several continuances of the Case

26 Management Conference.  The Parties have attempted to work together over the past several

27 months to resolve several outstanding discrepancies with regard to the results of an audit taken of

28 Defendants' payroll records.

2.      Both parties participated in one day of mediation, and are still attempting to resolve the case with the assistance of the mediator. Mediation is therefore not yet complete.

3.      Plaintiffs and Defendants herein respectfully request that the Case Management Conference, currently scheduled for December 13, 2013, be continued for forty-five (45) to sixty (60) days to allow the parties to complete mediation.

4.      There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, both parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: December 5, 2013                        **SALTZMAN & JOHNSON**
                                               **LAW CORPORATION**


                                               By: _____/S/_____
                                                    Michele Stafford
                                                    Attorneys for Plaintiffs

Dated: December 5, 2013                        **LEONIDOU & ROSIN**
                                               **PROFESSIONAL CORPORATION**


                                               By: _____/S/_____
                                                    Patricia Walsh
                                                    Attorneys for Defendants



IT IS SO ORDERED.

    Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to 2/7/14 @ 10:00 AM and all related deadlines are extended accordingly.

Date: _____12/09/2013_____        _____
                                       THE HONORABLE SAMUEL ____
                                       UNITED STAT____