Michele R. Stafford, Esq. (SBN 172509)
Muriel B. Kaplan, Esq. (SBN 124607)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
mkaplan@sjlawcorp.com

Attorneys for Plaintiffs

Patricia Walsh, Esq. (SBN 121098)
LEONIDOU & ROSIN PROFESSIONAL CORPORATION
777 Cuesta Drive, Suite 200
Mountain View, California 94040
(650) 691-2888
pwalsh@alr-law.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HOSSEIN VAHEID, individually and *dba* UNITED GLASS & ALUMINUM; *aka* T P WINDOWS, INC., a California corporation,<br><br>Defendants. | Case No.: C11-5116 SC<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date: Friday, December 13, 2013<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor<br>         450 Golden Gate Avenue<br>         San Francisco, California<br>Judge: The Honorable Samuel Conti |

Plaintiffs and Defendants both respectfully request that the Case Management Conference scheduled for December 13, 2013, at 10:00 a.m., be continued for approximately forty-five (45) to sixty (60) days, as follows:

1.  The Parties recognize that this Court has granted several continuances of the Case Management Conference. The Parties have attempted to work together over the past several months to resolve several outstanding discrepancies with regard to the results of an audit taken of Defendants' payroll records.

1. 2. Both parties participated in one day of mediation, and are still attempting to resolve the case with the assistance of the mediator. Mediation is therefore not yet complete.

3. Plaintiffs and Defendants herein respectfully request that the Case Management Conference, currently scheduled for December 13, 2013, be continued for forty-five (45) to sixty (60) days to allow the parties to complete mediation.

4. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, both parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: December 5, 2013

**SALTZMAN & JOHNSON LAW CORPORATION**

By: _____/S/_____
Michele Stafford
Attorneys for Plaintiffs

Dated: December 5, 2013

**LEONIDOU & ROSIN PROFESSIONAL CORPORATION**

By: _____/S/_____
Patricia Walsh
Attorneys for Defendants

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to 2/7/14 @ 10:00 AM and all related deadlines are extended accordingly.

Date: __12/09/2013__   _____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Samuel Conti]

P:\CLIENTS\GLACL\United Glass & Aluminum\Pleadings\C11-5116 SC - Joint Request to Continue CMC 120513.doc