1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Patricia Walsh, Esq. (SBN 121098)
   LEONIDOU & ROSIN PROFESSIONAL CORPORATION
8  777 Cuesta Drive, Suite 200
   Mountain View, California 94040
9  (650) 691-2888
   pwalsh@alr-law.com
10
   Attorneys for Defendants
11

12              UNITED STATES DISTRICT COURT

13        FOR THE NORTHERN DISTRICT OF CALIFORNIA

14  NORTHERN CALIFORNIA GLAZIERS,        Case No.:  C11-5116 SC
    ARCHITECTURAL METAL AND GLASS
15  WORKERS PENSION PLAN, et al.         JOINT REQUEST FOR CONTINUANCE
                                         OF CASE MANAGEMENT
16              Plaintiffs,              CONFERENCE; and [PROPOSED]
                                         ORDER THEREON
17         v.
                                         Date:   Friday, February 7, 2014
18  HOSSEIN VAHEID, individually and dba  Time:   10:00 a.m.
    UNITED GLASS & ALUMINUM; aka T P     Ctrm:   1, 17th Floor
19  WINDOWS, INC., a California corporation,       450 Golden Gate Avenue
                                                 San Francisco, California
20              Defendants.             Judge:  The Honorable Samuel Conti

21

22       Plaintiffs and Defendants both respectfully   request    that   the   Case   Management

23  Conference scheduled for February 7, 2014, at 10:00 a.m., be continued for approximately forty-

24  five (45) to sixty (60) days, as follows:

25       1.      The Parties recognize that this Court has granted several continuances of the Case

26  Management Conference.  During this time, the Parties have attempted to work together to resolve

27  several outstanding discrepancies with regard to the results of an audit taken of Defendants'

28  payroll records.

1      2.      On September 30, 2013, the parties participated in mediation.  The case did not

2 settle at the mediation, but the parties continued settlement discussions thereafter, with the

3 assistance of the mediator, in an attempt to resolve this dispute.

4      3.      Defendants have since made a proposal of a potential amount to be paid under a

5 settlement agreement, which Plaintiffs will evaluate at the next meeting of the Board of Trustees

6 in February 2014.  The parties have discussed certain other conditions for settlement which will

7 need to be met, including the need for an audit of Defendant's records.

8      3.      Plaintiffs and Defendants herein respectfully request that the Case Management

9 Conference, currently scheduled for February 7, 2014, be continued for forty-five (45) to sixty

10 (60) days to allow the Plaintiffs to evaluate Defendants' settlement proposal at the next meeting of

11 the Board of Trustees and to allow the parties to discuss the audit and other conditions of

12 settlement.

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

4. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, both parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: January 31, 2014

**SALTZMAN & JOHNSON**
**LAW CORPORATION**

By: _____ /S/
        Shivani Nanda
        Attorneys for Plaintiffs

Dated: January 31, 2014

**LEONIDOU & ROSIN**
**PROFESSIONAL CORPORATION**

By: _____ /S/
        Patricia Walsh
        Attorneys for Defendants

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __04/04/2014__, and all related deadlines are extended accordingly.

Date: _____02/03/2014_____        _____
                                    THE HONORABLE SAMUEL CONTI
                                    UNITED STATES DISTRICT COURT