Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

Patricia Walsh, Esq. (SBN 121098)
LEONIDOU & ROSIN PROFESSIONAL CORPORATION
777 Cuesta Drive, Suite 200
Mountain View, California 94040
(650) 691-2888
pwalsh@alr-law.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOSSEIN VAHEID, individually and *dba* UNITED GLASS & ALUMINUM; *aka* T P WINDOWS, INC., a California corporation,<br><br>Defendants. | Case No.: C11-5116 SC<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [~~PROPOSED~~] ORDER THEREON**<br><br>Date: Friday, April 4, 2014<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor<br>       450 Golden Gate Avenue<br>       San Francisco, California<br>Judge: The Honorable Samuel Conti |
|---|---|

Plaintiffs and Defendants both respectfully request that the Case Management Conference scheduled for April 4, 2014, at 10:00 a.m., be continued for approximately thirty (30) days, as follows:

1.      The Parties recognize that this Court has granted several continuances of the Case Management Conference. During this time, the Parties have attempted to work together to resolve several outstanding discrepancies with regard to the results of an audit taken of Defendants' payroll records.

1    2.    On September 30, 2013, the parties participated in mediation. The case did not
2  settle at the mediation, but the parties continued settlement discussions thereafter, with the
3  assistance of the mediator, in an attempt to resolve this dispute.
4    3.    Defendants made a proposal of a potential amount to be paid under a settlement
5  agreement. Plaintiffs have tentatively approved the settlement, pending a financial review by their
6  auditors. Defendants are assembling the documents for review, and have agreed to provide the
7  requested documents within 10 days.
8    3.    Plaintiffs and Defendants herein respectfully request that the Case Management
9  Conference, currently scheduled for April 4, 2014, be continued for approximately thirty (30) days
10 to allow the Defendants to provide all the documents to Plaintiffs and for Plaintiffs' auditors to
11 conduct their review.
12    ///
13    ///
14    ///
15    ///
16    ///
17    ///
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

4.	There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, both parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: March 28, 2014				**SALTZMAN & JOHNSON**
						**LAW CORPORATION**

						By:  _____/S/_____
						      Shivani Nanda
						      Attorneys for Plaintiffs

Dated: March 28, 2014				**LEONIDOU & ROSIN**
						**PROFESSIONAL CORPORATION**

						By:  _____/S/_____
						      Patricia Walsh
						      Attorneys for Defendants

IT IS SO ORDERED.

	Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __05/30/2014__, and all related deadlines are extended accordingly.

Date:  __03/31/2014__			_____
						THE HONORABLE SAMUEL CONTI
						UNITED STATES DISTRICT COURT

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: March 28, 2014

**SALTZMAN & JOHNSON
LAW CORPORATION**

By: _____/S/_____
Shivani Nanda
Attorneys for Plaintiffs

P:\CLIENTS\GLACL\United Glass & Aluminum\Pleadings\Joint Request to Continue CMC 032814.doc