Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOSSEIN VAHEID, individually and *dba* UNITED GLASS & ALUMINUM; *aka* T P WINDOWS, INC., a California corporation,<br><br>Defendants. | Case No.:  C11-5116 SC<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER** |

## **STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action stipulate and agree, through their respective counsel, that pursuant to a Settlement Agreement between the parties, the Court may dismiss this action without prejudice as to Defendants Hossein Vaheid, individually and dba United Glass & Aluminum; aka T P Windows, Inc., a California corporation, and Hossein Vaheid, individually and dba United Glass & Aluminum, erroneously sued herein as Hossein Vaheid, individually and dba United Glass & Aluminum aka T P Windows, Inc., a California Corporation, with all parties to bear their own costs and attorneys' fees.

//

| | |
|---|---|
| Dated: December 8, 2014 | **SALTZMAN & JOHNSON LAW CORPORATION** |
| | By:  /S/  <br> Michele R. Stafford <br> Attorneys for Plaintiffs |
| Dated: December 4, 2014 | **LEONIDOU & ROSIN, P.C.** |
| | By:  /S/  <br> Patricia Walsh <br> Attorneys for Defendants |

## ORDER

Pursuant to the parties' Stipulation and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed without prejudice as to Defendants Hossein Vaheid, individually and dba United Glass & Aluminum; aka T P Windows, Inc., a California corporation, and Hossein Vaheid, individually and dba United Glass & Aluminum, erroneously sued herein as Hossein Vaheid, individually and dba United Glass & Aluminum aka T P Windows, Inc., a California Corporation, the parties to bear their own costs and attorneys' fees.

Date: 12/10/2014   _____
HON. SAMUEL CONTI
JUDGE OF THE UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti]*

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER**
**Case No. C11-5116 SC**

2